UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-82000-Civ-MATTHEWMAN

LATARSHA PRINCE,

    Plaintiff,

vs.

NYU LANGONE MSO, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice ("Joint Stipulation") [DE 38], which states that the parties jointly stipulate and agree to the dismissal of this entire action with prejudice, with each party to bear their own attorneys' fees and costs. The Court has carefully considered the Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED WITH PREJUDICE.**

2. The parties shall bear their own attorneys' fees and costs.

3. The Clerk of Court is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 6th day of November 2023.

*[signature]*
William Matthewman
United States Magistrate Judge